Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ADAM MICHAEL SMITH,<br><br>           Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT SMITH'S MOTION FOR LEAVE TO TRAVEL |

THIS MATTER comes before the Court on Defendant Adam Michael Smith's Motion for Leave to Travel. Dkt. 1673. Having considered the motion, the government's brief in opposition, the files and pleadings herein, and being fully advised, the Court hereby **GRANTS** Defendant Smith's Motion for Leave to Travel. Mr. Smith is given permission to travel on August 24, 2023, from the Western District of Washington to Atlanta, Georgia, and return to the Western District of Washington on August 26, 2023, no later than 11:59 p.m. The Court further ORDERS as follows:

• Smith shall submit to the United States Probation Office his complete travel itinerary, to include confirmed and paid reservations for travel and accommodations.

• Smith shall submit to the United States Probation Office the name of all travel companions and the name of anyone sharing accommodations.

• Prior to his departure Smith shall file a declaration indicating his understanding and agreement to comply with the current terms of his supervision, which include a prohibition of use of marijuana, controlled substances, and alcohol.

• No later than Monday, August 28, 2023, Smith shall submit to drug and alcohol testing administered by the United States Probation Office.

DATED this 10th day of August, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT SMITH'S
MOTION FOR LEAVE TO TRAVEL - 2