Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ADAM MICHAEL SMITH,<br><br>   Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO PERMIT CURFEW VARIANCE |

THIS MATTER comes before the Court on Defendant Adam Michael Smith's Motion to Permit Curfew Variance.  Dkt. 1805.  Having considered the motion, the government's response, and the files and pleadings herein, the Court **GRANTS** the motion.  Mr. Smith may attend a concert at the Tulalip Amphitheatre on August 29, 2024, and return home no later than 11:30 p.m. that evening.

DATED this 21st day of August, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge