The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-cr-00131-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| ADAM MICHAEL SMTH, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Adam Michael Smith's Motion to Seal Disposition Memorandum. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced memorandum, the Court finds good cause to GRANT the Motion (Dkt. 1891).

It is hereby ORDERED that Defendant Adam Smith's disposition memorandum shall remain sealed.

DATED this 11th day of July, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1